ORIGINAL

FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0585

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0585

DONNIE LEE STANDLEY,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

FILED

MAR 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Appellant Donnie Lee Standley has filed a "Request the Court Order the Clerk of MT Supreme Court Move/Copy All Transcripts from Case DA-18-0075 to Case DA-20-0585." Good cause appearing,

    IT IS ORDERED that the Clerk file the transcripts in Cause No. DA-18-0075, *State v. Standley*, into Cause No. DA 20-0585, *Standley v. State*.

    DATED this 1ˢᵗ day of March, 2021.

For the Court,

_____
Chief Justice